**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAMEKO LASHAWDA MACKEYROY,**

        **Plaintiff,**

-vs-                                              **Case No. 6:06-cv-32-Orl-31KRS**

**SEMINOLE COUNTY VICTIM'S RIGHTS COALITION; JEANNE GOLD; FRANK VANDER LOO,**

        **Defendants.**
_____

## ORDER

Plaintiff has filed a Complaint (Doc. 1) alleging race discrimination in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act. She sued her employer, Seminole County Victim's Rights Coalition, as well as individual employees thereof. The individual defendants, Jeanne Gold and Frank Vanderloo, have moved to dismiss the Complaint (Doc. 11), contending that the cause of action alleged pertains only to Plaintiff's employer and that individual capacity suits under Title VII are improper. Plaintiff has failed to respond to the Motion, which is facially meritorious. Accordingly, it is

**ORDERED** that Defendants' Motion is GRANTED. Defendants, Jeanne Gold and Frank Vanderloo, are DISMISSED from this lawsuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 2, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE